ACCEPTED
15-25-00020-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/27/2025 9:39 AM
CHRISTOPHER A. PRINE
CLERK

# STONE HILTON

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
3/27/2025 9:39:32 AM
CHRISTOPHER A. PRINE
Clerk

March 27, 2025

***Via E-Filing***

Mr. Christoper A. Prine
Fifteenth Court of Appeals
Office of the Clerk
P.O. Box 12852
Austin, TX 78711

Re:    *Storable, Inc., et al. v. SafeLease Ins. Servs., LLC*, No. 15-24-00020-CV

Mr. Prine:

We write on behalf of Appellee SafeLease Insurance Services, LLC in response to Appellants' (collectively "Storable") same-dated letter regarding the state of the appellate record in the above captioned and numbered matter, which is currently pending before this Court. Storable initiated an accelerated, interlocutory appeal of a temporary injunction while electing to litigate that order further in the trial court. Now, pointing to delays it created in the trial court, Storable suggests that this accelerated appeal should be drastically *de*celerated. Any delay in this matter is inappropriate and should not be countenanced.

At the outset, Storable conferenced the relief requested in its letter with SafeLease from March 18th through March 20th. Storable asked whether SafeLease would oppose a request to delay briefing deadlines until unidentified "filings relevant to the appeal" could be included in the appellate record. SafeLease, knowing that Storable had noticed an appeal from the original temporary injunction order, and believing the appellate record to be complete with respect to that order, opposed Storable's request. Without explanation—or even prior notice to SafeLease—Storable's March 26 letter omits that fact entirely and did not alert the Court to SafeLease's opposition.

In any event, Storable has taken an interlocutory appeal of a temporary injunction, which Rule 28.1(a) requires be accelerated. TEX. R. APP. P. 28.1(a). The Appellate Rules' strictures include several interlocking mechanisms to guarantee that accelerated appeals are handled expeditiously: post-trial motions do not extend the time to perfect an accelerated appeal, R. 28.1(b); this Court's ability to extend the deadline for filing a record is constrained to 10-day extensions at a time, R. 35.3(c); times for submitting briefs are shortened, R. 38.6(a), (b); and this Court is permitted to proceed without the clerk's record—or even briefs by the parties—if it sees



fit. R. 28.1(e). These provisions are flatly incompatible with Storable's request for an open-ended delay.

To Storable's credit, it eventually acknowledges its reason for asking for such an unusual open-ended delay: the record on appeal as it exists right now does not include the materials it would prefer to rely on in its opening brief. Storable Letter at 2. That is a confession regarding the merits of Storable's appeal, not a basis for this Court to grant Storable an indefinite extension. But in any event, the condition of the record—like the condition of every appellate record—is the function of Storable's litigation choices to date. If Storable there was thought a document plainly relevant to its case, it should have presented that document to the trial court in the first instance rather than attempting to forestall the appeal it has sought: like every other appellate litigant, Storable must live with the record it has, not the record it wishes it had.

Even if this Court were inclined to entertain Storable's request, Storable fails to articulate a principled limit to its request. While Storable says there will be a hearing "next month" and that a "subsequent order" potentially sealing parts of the record is important to this appeal, it does not suggest what those materials are, why they might be material to this appeal, or why they have failed to introduce those materials to the trial court yet. In other words, there is no way for this Court to know, and no way for Storable to predict, when the record Storable desires will materialize. At bottom, Storable has not explained to the Court, or even to SafeLease, why any protective orders or orders sealing documents have any bearing on this appeal, which presents the straightforward question of whether injunctive relief should have issued.

This Court should issue a briefing schedule and maintain the appropriate pace for this accelerated appeal that Storable instituted. If Storable would like an extension of its briefing deadline, it can ask for one at an appropriate time. If Storable needs to supplement the record, it can do so at the appropriate time. And if Storable asks whether SafeLease opposes any such relief, as it must, it should notify the Court of SafeLease's response.

Sincerely,

*/s/ Judd E. Stone II*
Judd E. Stone II
**STONE HILTON PLLC**
600 Congress Ave., Suite 2350
Austin, TX 78701
judd@stonehilton.com
(737) 465-3897

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Bonnie Chester on behalf of Judd Stone
Bar No. 24076720
accounts@stonehilton.com
Envelope ID: 98952231
Filing Code Description: Letter
Filing Description: Response Letter regarding Record on Appeal
Status as of 3/27/2025 9:49 AM CST

Associated Case Party: SafeLease Insurance Services, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Delonda Dean | | ddean@yettercoleman.com | 3/27/2025 9:39:32 AM | SENT |
| Yetter Coleman | | efile@yettercoleman.com | 3/27/2025 9:39:32 AM | SENT |
| Cody Coll | | cody@stonehilton.com | 3/27/2025 9:39:32 AM | SENT |
| Courtney Smith | | csmith@yettercoleman.com | 3/27/2025 9:39:32 AM | SENT |
| Luke A.Schamel | | lschamel@yettercoleman.com | 3/27/2025 9:39:32 AM | SENT |
| Christopher Hilton | | chris@stonehilton.com | 3/27/2025 9:39:32 AM | SENT |
| Judd Stone | | Judd@stonehilton.com | 3/27/2025 9:39:32 AM | SENT |
| Alyssa Smith | | asmith@yettercoleman.com | 3/27/2025 9:39:32 AM | SENT |
| Bonnie Chester | | bonnie@stonehilton.com | 3/27/2025 9:39:32 AM | SENT |
| Alexander Dvorscak | | alex@stonehilton.com | 3/27/2025 9:39:32 AM | SENT |
| Shannon Smith | | ssmith@yettercoleman.com | 3/27/2025 9:39:32 AM | SENT |
| R. Paul Yetter | | pyetter@yettercoleman.com | 3/27/2025 9:39:32 AM | SENT |
| Susanna R.Allen | | sallen@yettercoleman.com | 3/27/2025 9:39:32 AM | SENT |
| Rosalinda Luna | | rosie@stonehilton.com | 3/27/2025 9:39:32 AM | SENT |

Associated Case Party: Storable, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Dale Wainwright | | dale.wainwright@gtlaw.com | 3/27/2025 9:39:32 AM | SENT |
| Justin Bernstein | | bernsteinju@gtlaw.com | 3/27/2025 9:39:32 AM | SENT |
| Ray Torgerson | | rtorgerson@porterhedges.com | 3/27/2025 9:39:32 AM | SENT |
| Carolyn Reed | | creed@porterhedges.com | 3/27/2025 9:39:32 AM | SENT |
| Jonna Summers | | jsummers@porterhedges.com | 3/27/2025 9:39:32 AM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Bonnie Chester on behalf of Judd Stone
Bar No. 24076720
accounts@stonehilton.com
Envelope ID: 98952231
Filing Code Description: Letter
Filing Description: Response Letter regarding Record on Appeal
Status as of 3/27/2025 9:49 AM CST

Associated Case Party: Storable, Inc.

| Jonna Summers | | jsummers@porterhedges.com | 3/27/2025 9:39:32 AM | SENT |
|---|---|---|---|---|
| Lakshmi Kumar | | lkumar@porterhedges.com | 3/27/2025 9:39:32 AM | SENT |
| Dolores Brunelle | | dbrunelle@porterhedges.com | 3/27/2025 9:39:32 AM | SENT |
| Liza Eoff | | leoff@porterhedges.com | 3/27/2025 9:39:32 AM | SENT |
| Neil KentonAlexander | | kalexander@porterhedges.com | 3/27/2025 9:39:32 AM | SENT |